UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
JAN 31 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____SA_____
DEPUTY CLERK

| THE UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff. | § | |
| vs. | § | P-19-CR-873(3) |
| RAUL CARREON-LEYVA, | § | |
| Defendant. | § | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## FED.R.CRIM.P. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, RAUL CARREON-LEYVA, the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed this 31 day of Jan, 2020.

_____
RAUL CARREON-LEYVA
Defendant

_____
LAYTON DUER
Attorney for Defendant

_____
John Cannizzaro
Assistant United States Attorney